**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELIZABETH COBLE, MILAGROS HARPER and DENNIS HARPER, on behalf of themselves and others similarly situated | Civil Action No. 7:11cv1037 (VB) |
| Plaintiffs, | |
| vs. | |
| COHEN & SLAMOWITZ, LLP, DAVID COHEN, ESQ., MITCHELL SLAMOWITZ, ESQ., LEANDRE JOHN, ESQ. and CRYSTAL S.A. SCOTT, ESQ. | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendants
150 East 42nd Street
New York, New York 10017
212-490-3000

**4631616v.1**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELIZABETH COBLE, MILAGROS HARPER and DENNIS HARPER, on behalf of themselves and others similarly situated<br><br>                  Plaintiffs,<br><br>   vs.<br><br>COHEN & SLAMOWITZ, LLP, DAVID COHEN, ESQ., MITCHELL SLAMOWITZ, ESQ., LEANDRE JOHN, ESQ. and CRYSTAL S.A. SCOTT, ESQ.<br><br>                  Defendants. | Civil Action No. 7:11cv1037 (VB) |

PLEASE TAKE NOTICE, that the undersigned will move this Court for an order dismissing with prejudice the plaintiff's federal statutory claims under the Fair Debt Collection Practices Act, codified at 15 U.S.C. §§ 1691 *et seq.* pursuant to Federal Rule Civil Procedure 12(b)(6) and 9(b), upon the accompanying Memorandum in Support, before this Court at the United States Court House, 300 Quarropas Street, Room 630, White Plains, New York 10601, on a date to be determined by the Court.

Dated:    June 24, 2011
             New York, New York

4631616v.1

                        Yours, etc.

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                 By: **_/s/ Thomas A. Leghorn_**
                     Thomas A. Leghorn, Esq.
                     Attorney for
                     COHEN & SLAMOWITZ, LLP, DAVID COHEN, ESQ., MITCHELL SLAMOWITZ, ESQ., LEANDRE JOHN, ESQ. and CRYSTAL S.A. SCOTT, ESQ.
                     150 East 42nd Street
                     New York, New York 10017-5639
                     (212) 490-3000
                     File No. 11471.00003

**CERTIFICATION**

  I hereby certify that on June 24, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Daniel A. Schlanger, Esq.
Schlanger & Schlanger, LLP
1025 Westchester Ave., Suite 108
White Plains, NY 10604

Gary Klein, Esq.
Roddy Klein & Ryan
727 Atlantic Ave., 2d Floor
Boston, MA 02111

                */s/ Thomas A. Leghorn*
                Thomas A. Leghorn