

# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

9 EAST 40TH STREET, SUITE 1300
NEW YORK, NEW YORK 10016
TEL: 914-946-1981  FAX: 914-946-2930
DANIEL.SCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
*ADMITTED IN NY & MA

**MEMO ENDORSED**

**WESTCHESTER OFFICE**
343 Manville Road
Pleasantville, New York 10570

RECEIVED APR 22 2013 GEORGE A. YANTHIS U.S.M.J.

April 22, 2013

**VIA FAX (914-390-4095)**

Hon. George A. Yanthis
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED 4/22/13

　　　　　　　　　　**Re:**　　Coble, et al. v. Cohen & Slamowitz, LLP, et al.
　　　　　　　　　　**Index:**　11-CV-01037

Your Honor:

　　　I write on behalf of all parties to the above-referenced action, to inform the Court of recent developments and to request extension of several deadlines in light of same.

　　　The Defendants have served Plaintiff with a class-wide Offer of Judgment. Because the issues surrounding acceptance or rejection of the OOJ are complex in a class case (e.g., the OOJ makes no reference to any non-monetary relief, notice to the class, disbursement of funds, the scope of release, etc., all of which would be subject to Court approval under Fed. R. Civ. P. Rule 23), the parties wish to explore a settlement that would, potentially, take the OOJ as a starting point, and flesh out the other material aspects of a class-wide resolution, with a view toward submitting a proposed settlement to the Court for approval. In order to facilitate this, the parties have agreed to hold the OOJ in abeyance until 5/24/13.

　　　The parties also request an extension with regard to any potential objections to Your Honor's ruling on Plaintiff's motion to amend, so that settlement discussions can be continued and hopefully concluded. Specifically, Plaintiff contends that it is entitled to object to the ruling pursuant to Fed. R. Civ. P. 72, and requests that its deadline to do so be extended up to and including 5/24/13. Defendants do not concede Plaintiff's right to object, but stipulate that, to the extent that plaintiff has the ability to object, counsel for Defendants does not object to extending the time for such objection, if any, until May 24, 2013.



*[Signature]* 4/22/13

APPLICATION GRANTED
SO ORDERED:
GEORGE A. YANTHIS, USMJ

**SCHLANGER & SCHLANGER, LLP**
ATTORNEYS AT LAW

  Finally, the parties request that all remaining discovery, including expert discovery, be held in abeyance until 5/25/13, again to facilitate settlement and avoid incurring additional attorney's fees.

  The parties' have agreed to utilize the services of Judge Stephen Crane at JAMS, to facilitate their efforts to resolve this case.

Respectfully,

Daniel A. Schlanger

cc: Thomas Leghorn, Esq.;
   Gary Klein, Esq.

2