UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ELIZABETH COBLE, MILAGROS HARPER, and DENNIS HARPER, on behalf of themselves and all others similarly situated, | 11-cv-1037 (ER)(GAY) <br><br> NOTICE OF MOTION |
| Plaintiffs, | HON. EDGARDO RAMOS <br> HON. GEORGE A. YANTHIS |
| v. | |
| COHEN & SLAMOWITZ, LLP, DAVID COHEN, ESQ., MITCHELL SLAMOWITZ, ESQ., LEANDRE JOHN, ESQ., and CRYSTAL S.A. SCOTT, ESQ., | |
| Defendants. | |

---

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 72(a), and upon the attached Memorandum of Law and Exhibits, Plaintiffs will move this Honorable Court located at The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas St., White Plains, NY 10601, at a time to be determined by the Court, for an Order setting aside the Decision and Order dated 4/10/13, issued by the Magistrate in the above-captioned matter, and granting Plaintiff's previously filed Motion To Amend The Complaint.

Respectfully Submitted,

*[signature]*

Daniel A. Schlanger, Esq.
Peter T. Lane, Esq.
Schlanger & Schlanger, LLP
9 East 40th Street, Suite 1300
New York, NY 10016
Ph: 914-946-1981, ext. 101
Fax: 914-946-2930
daniel.schlanger@schlangerlegal.com

Gary Klein, Esq.
(*admitted pro hac vice*)
Klein Kavanagh Costello LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114
Ph: 617-357-5031
Fax: 617-357-5030
klein@kkcllp.com

*Counsel for Plaintiffs*